

# Fourth Court of Appeals
## San Antonio, Texas

February 2, 2021

No. 04-19-00773-CV

Stephen S. **STOKWITZ**,
Appellant

v.

Marcus **TINAJERO**, Charles P. Jones, and Linda Tinajero Jones,
Appellees

From the 81st Judicial District Court, Atascosa County, Texas
Trial Court No. 18-05-0464-CVA
Honorable Lynn Ellison, Judge Presiding

## O R D E R

Sitting:    Rebeca C. Martinez, Chief Justice
            Patricia O. Alvarez, Justice
            Liza A. Rodriguez, Justice

On January 14, 2021, appellant filed a motion for rehearing. After consideration, the motion is **DENIED**.

_____
Rebeca C. Martinez, Chief Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 2nd day of February, 2021.

_____
MICHAEL A. CRUZ, Clerk of Court